Estate of John C. Kunkel, Deceased *v.* County of Dauphin. Estate of John C. Kunkel, Deceased, Appellant.

Argued September 14, 1976, before Judges Crumlish, Jr., Wilkinson, Jr., and Rogers, sitting as a panel of three.

*Donn L. Snyder,* with him *Berman, Boswell, Snyder & Tintner,* for appellant.

*Robert L. Knupp,* Assistant Solicitor, for appellee.

OPINION BY JUDGE CRUMLISH, JR., October 18, 1976:

The present appeal concerns the propriety of the trial judge's order directing the Estate of John C. Kunkel, Appellant, to file *a remittitur* or suffer the granting of the County of Dauphin's, Appellee, motion for a new trial.

This controversy arose when Appellee filed a Declaration of Taking involving, *inter alia,* land owned by Appellant. Appellant, dissatisfied with the award of the Board of View, appealed to the Court of Common Pleas of Dauphin County. After expert testimony from both sides, the court, jury and counsel viewed the property. The jury then rendered a verdict in favor of Appellant in the amount of $63,000.00. After a motion for a new trial was filed by Appellee, the trial judge ordered a *remittitur* or a new trial. Judge LIPSITT has most ably presented both the facts and the law in his opinion below, and for these reasons, we adopt his opinion, which can be found at: 98 Dauphin 71 (1976).

Affirmed.

ORDER

AND Now, this 18th day of October, 1976, the order of the Court of Common Pleas of Dauphin County is hereby affirmed.